# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

DERRICK SCOTT (#126372)                                          CIVIL ACTION

VERSUS

KEVIN JONES, ET AL.                                    NO.: 16-00056-BAJ-EWD

## RULING AND ORDER

Before the Court is an **Application for Writ of Mandamus (Doc. 13)**, wherein

Plaintiff Derrick Scott ("Plaintiff") seeks to have this Court "immediately" declare that

he is entitled to proceed in forma pauperis pursuant to "three-strikes rule" of the Prison

Litigation Reform Act, 28 U.S.C. § 1915(g). Given that this matter is currently pending

before the Magistrate Judge, *see* Doc 4, the Court sees no reason to issue such a ruling.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Application for Writ of Mandamus (Doc.**

**13) is DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is, absent leave of court, barred from

filing anything into the record until the Magistrate Judge determines whether he can

proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).

Baton Rouge, Louisiana, this 13th day of June, 2016.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA